of the application of the Board of Education of Union Free School District No. 8 of the Town of Cortlandt, Westchester County, N. Y., to acquire certain real estate, etc. No opinion. Orders affirmed, with $10 costs and disbursements.

In re BOARD OF WATER SUPPLY OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) In the matter of the application of the Board of Water Supply of the City of New York to acquire real estate in the county of Ulster under chapter 724 of the Laws of 1905, and the acts amendatory thereof, for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SMITH, P. J., not voting.

BOASBERG et al., Respondents, v. BOND, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Herman Boasberg and others against Fremont Bond, otherwise known as Fremont Benton. No opinion. Order affirmed with $10 costs and disbursements.

BOEDICKER, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Herman C. Boedicker against the Degnon Contracting Company. F. R. Rees, for appellant. L. F. Fish, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BOLAND, Appellant, v. BARTELS BREWING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Mary Boland, as administratrix, etc., against the Bartels Brewing Company. No opinion. Judgment and order affirmed, with costs.

BOND, Appellant, v. ATLANTIC TERRA COTTA CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Alfred H. Bond against the Atlantic Terra Cotta Company and others. J. M. Perry, for appellant. G. Sumner, for respondents.
PER CURIAM. Judgment affirmed, with costs, on the authority of Bond v. Atlantic Terra Cotta Co., 137 App. Div. 671, 122 N. Y. Supp. 425. Order filed. See, also, 137 App. Div. 946, 124 N. Y. Supp. 1110.
SCOTT, J., dissents, upon the dissenting opinion in that case.

BOTELER, Respondent, v. FRANK, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by John M. Boteler against Simon J. Frank. J. E. Du-

ross, for appellant. M. J. Moore, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re BOWERMAN. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) In the matter of the application of William Bowerman, an elector of, the town of Victor, for an order to strike the name of Frank H. Powell from the register of electors, etc., under section 153 of the election law (Consol. Laws, c. 17).
PER CURIAM. Order affirmed, without costs of this appeal to either party.
ROBSON, J., not sitting.

BRADY, Respondent, v. SPELLMAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1912.) Action by Catherine Brady, an infant, by Patrick Brady, her guardian ad litem, against Catherine Spellman.
PER CURIAM. The defendant might well have been entitled to a change of the place of trial, if the motion had been timely; but it was not, for it was noticed for December 30th. The defendant did not ask for specific relief from the mistake made in the first notice, which the court in its discretion might have afforded. The order is affirmed, with $10 costs and disbursements.

BRADY, Appellant, v. WHITLOCK PRINTING MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Henry Brady, as receiver, against the Whitlock Printing Manufacturing Company. E. Endelman, for appellant. W. H. Law, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRAGAW v. STEMMLER et al. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Elias T. Bragaw, as administrator, etc., against Theodore W. Stemmler and others. No opinion. Order affirmed, with $10 costs and disbursements.

BRAKER v. NEW YORK FINANCE CO. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Conrad M. Braker against the New York Finance Company. No opinion. Motion granted, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 1126.

BRAND v. GLOCKNER. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Belle Brand against Jacob Glockner. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 1127.

BRENEN, Appellant, v. McCOLLUM, Respondent. (Supreme Court, Appellate Division,